IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PRINCETON T. TAYLOR, #250922, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-448-WKW |
| | ) | (WO) |
| DENNIS MEEKS, | ) | |
| PRESTON HUGHES, | ) | |
| RICKY COLEMAN, and | ) | |
| DANIEL ADAMS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On January 17, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 29.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 29) is ADOPTED.

2. Plaintiff Princeton T. Taylor's action against Defendants Dennis Meeks, Preston Hughes, Ricky Coleman, and Daniel Adams is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 31st day of March, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE